UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Normand Gamache

    v.                              Civil No. 08-cv-00172-JL

Amerigas Propane, Inc.


**O R D E R**


The Preliminary Pretrial Conference was held in chambers on June 26, 2008.

The Discovery Plan (doc. #10) is approved as submitted.

Paragraphs 3 and 8 of the defendant's answer (doc. #7) are amended to reflect the year 2007, as opposed to 2006.


**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 26, 2008

cc:  Robert W. Upton, II, Esq.
     Christopher T. Vrountas, Esq.
     William C. Saturley, Esq.